**Order filed April 13, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00192-CV

_____

### In the Interest of E.L., a Child

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2012-05682J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant's brief was due April 8, 2015, but it has not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. See Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore we order appellant's appointed counsel, Stephen M. Pierce, to file appellant's brief no later than April 24, 2015. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of

court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.


PER CURIAM